1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA EASTERN LABORATORIES, INC., <br><br>             Plaintiff, <br><br>    v. <br><br> SYNAPSE WIRELESS, INC., <br><br>             Defendant. <br> _____ | Case No.: C 12-2931 PSG <br><br> **CASE MANAGEMENT ORDER** |

On August 28, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference.  Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in mediation no later than December 31, 2012.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 15, 2013

Case No.: C 12-02931 PSG
ORDER

Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . April 1, 2013

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . April 19, 2013

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 24, 2013

Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on July 16, 2013

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on September 3, 2013

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on September 16, 2013

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

Pretrial Statement, and all other pretrial submissions.

Dated: 9/14/2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1]     This is the last date for *hearing* dispositive motions. Any such motions must be noticed
in compliance with Civil Local Rule 7-2(a).

[2]     A copy of Judge Grewal's standing order is also available on the court's website at
www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
Civil Standing Order."

Case No.: C 12-02931 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-02931 PSG
ORDER